THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRANCE WASHINGTON, Appellant.

Submitted January 13, 2014; decided January 16, 2014

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

KHALID PERVAIZ, Individually and on Behalf of Others Similarly Situated, Appellant, v QUEENS MEDALLION LEASING, INC., Respondent.

Submitted December 2, 2013; decided January 16, 2014

Motion for leave to appeal denied. Cross motion to strike affirmation from appellant's motion papers granted and said material deemed stricken.

HAROON RASHID, Individually and on Behalf of Others Similarly Situated, Appellant, v B. TAXI MANAGEMENT, INC., Respondent.

Submitted December 2, 2013; decided January 16, 2014

Motion for leave to appeal denied. Cross motion to strike affirmation from appellant's motion papers granted and said material deemed stricken.